UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDDIE OLIVERA, | ) | 1:04-CV-5217 |
| Petitioner, | ) ) | |
| v. | ) ) | ORDER GRANTING SECOND EXTENSION OF TIME |
| STATE OF CALIFORNIA, | ) ) | (DOCUMENT #28) |
| Respondent. | ) ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On June 14, 2005, petitioner filed a second motion to extend time to file a traverse. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file his traverse. IT IS SO ORDERED.

**Dated:  July 14, 2005**              /s/  William M. Wunderlich
bl0dc4                                                    UNITED STATES MAGISTRATE JUDGE