IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDDIE OLIVERA,**<br><br>　　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>**WARDEN SCRIBBER, Warden,**<br><br>　　　　　　　　　　　Respondent. | CV F-04-5217 OWW WMW HC<br><br>**ORDER GRANTING TEMPORARY STAY AND REQUIRING PETITIONER TO FILE STATUS REPORT** |

　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302. On July 22, 2005, Petitioner filed a request for a stay of these proceedings pending the exhaustion of his state remedies as to additional claims not raised in his present petition. Attached to the request is a proof of service on Respondent. Respondent has not opposed or otherwise responded to Petitioner's request.

　　　Good cause appearing, Petitioner is HEREBY GRANTED a temporary stay of these proceedings. Petitioner SHALL FILE, within ten (10) days of the date of service of this order, a status report regarding his petition for writ of habeas corpus filed in the California Supreme Court on May 26, 2005. Specifically, Petitioner shall inform his court whether his petition has been resolved by the California Supreme Court. To his status report, Petitioner shall attach a copy of the petition he filed in the California Supreme Court. Petitioner shall serve a copy of the status report,

1  with the attached copy of the petition, on Respondent.   Upon receipt of Petitioner's status report,
2  this court will issue a further order regarding the prosecution of this case.

5  IT IS SO ORDERED.

6  **Dated:   August 30, 2005**               /s/  William M. Wunderlich
   mmkd34                                UNITED STATES MAGISTRATE JUDGE