UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDDIE OLIVERA, | ) | 1:04-CV-5217 OWW WMW HC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER GRANTING EXTENSION OF TIME |
| v. | ) | (DOCUMENT #41) |
| | ) | |
| STATE OF CALIFORNIA, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

     Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On May 15, 2006, petitioner filed a motion to extend time to file an amended petition. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

     Petitioner is granted thirty days from the date of service of this order in which to file an amended petition.

IT IS SO ORDERED.

**Dated:   May 25, 2006**          **/s/  William M. Wunderlich**
bl0dc4                                         UNITED STATES MAGISTRATE JUDGE