UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE OLIVERA, ) | 1:04-CV-5217 OWW WMW HC |
| Petitioner, ) | |
| v. ) | ORDER GRANTING SECOND EXTENSION OF TIME |
| STATE OF CALIFORNIA, ) | (DOCUMENT #43) |
| Respondent. ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On June 29, 2006, petitioner filed a second motion to extend time to file an amended petition. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file an amended petition.

IT IS SO ORDERED.

**Dated:   July 11, 2006**          /s/  **William M. Wunderlich**
bl0dc4                                              UNITED STATES MAGISTRATE JUDGE