UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE OLIVERA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>STATE OF CALIFORNIA,<br><br>　　　　Respondent. | 1:04-CV-5217 OWW WMW HC<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE 2ND AMENDED PETITION (DOCUMENT #46) |

　　　Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On August 8, 2006, petitioner filed a motion to extend time to file a second amended petition.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　Petitioner is granted thirty days from the date of service of this order in which to file his second amended petition.

IT IS SO ORDERED.

**Dated:   August 15, 2006**　　　　　　　　　　/s/  William M. Wunderlich
bl0dc4　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE