IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE OLIVERA, | 1:04-CV-5217 OWW WMW HC |
| Petitioner, | |
| vs. | ORDER DISREGARDING REQUEST FOR EXTENSION TO SIGN AGREEMENT |
| ANTHONY P. KANE, | (Document No. 47) |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2254.

On August 10, 2006, petitioner filed a request for extension of time to sign an agreement to hire counsel. Due to the fact that counsel submitted the Substitution of Attorney on August 8, 2006 by electronic filing and an order substituting counsel was entered on the record on September 14, 2006, IT IS HEREBY ORDERED THAT petitioner's request for an extension to sign agreement is DISREGARDED as moot.

IT IS SO ORDERED.

**Dated:** September 20, 2006           /s/  **William M. Wunderlich**
bl0dc4                                  UNITED STATES MAGISTRATE JUDGE