IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE OLIVERA, | 1:04-cv-05217-OWW-WMW-(HC) |
|     Petitioner, | ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO RESPONDENT'S MOTION TO DISMISS |
|     vs. | |
| STATE OF CALIFORNIA, | (DOCUMENT #70) |
|     Respondent. | THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding with counsel in a habeas corpus action pursuant to 28 U.S.C. § 2254. On February 11, 2008, petitioner filed a motion to extend time to file opposition to respondent's motion to dismiss. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file opposition to motion to dismiss.

IT IS SO ORDERED.

**Dated:   February 25, 2008**          /s/  William M. Wunderlich
                                        UNITED STATES MAGISTRATE JUDGE