**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **EDDIE OLIVERA ,** ) | CV F 04-5217 OWW WMW HC |
| ) | |
| Petitioner, ) | ORDER GRANTING |
| ) | PETITIONER THIRTY DAYS |
| v. ) | TO FILE TRAVERSE |
| ) | |
| ) | |
| **STATE OF CALIFORNIA,** ) | |
| ) | |
| **Respondent.** ) | |
| ) | |
| _____ ) | |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On March 27, 2008, the court entered an order in this case, granting Respondent's motion to dismiss and finding that this case goes forward on only the claims raised in the first amended petition.  The first amended petition was filed June 18, 2004, and Respondent filed an answer to that petition on March 21, 2005.  Although he was given two extensions of time to do so, Petitioner did not file a traverse.  Rather, he filed a motion for a stay, which was granted.  Accordingly, Petitioner is now GRANTED

thirty (30) days to file a traverse to Respondent's answer filed June 21, 2005.

IT IS SO ORDERED.

**Dated:     March 31, 2008**                         **/s/  William M. Wunderlich**
                                             UNITED STATES MAGISTRATE JUDGE

2